IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00111-REB-BNB

KRISTI BEEBE, an individual

Plaintiff,

v.

SHELTER MUTUAL INSURANCE COMPANY, a foreign insurance company

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  Upon review of the parties' settlement positions, I have determined that a settlement conference at this time would not be productive and would waste resources. Should the parties disagree with this determination or determine at some later date, after consultation among themselves, that a settlement conference would be productive, they may contact my chambers to reschedule the conference. At this time, however,

  IT IS ORDERED that the settlement conference scheduled for **July 20, 2010,** is VACATED.


DATED: July 14, 2010