IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00111-REB-BNB

KRISTI BEEBE, an individual

Plaintiff,

v.

SHELTER MUTUAL INSURANCE COMPANY, a foreign insurance company

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)  Defendant's **Motion for Enlargement of Time to Submit Expert Report** [Doc. # 21, filed 8/23/2010] (the "Motion for Enlargement"); and

(2)  Defendant's **Motion for Physical Examination and Order** [Doc. # 22, filed 8/23/2010] (the "Motion for IME").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. For the reasons stated on the record:

IT IS ORDERED that:

(1)  The Motion for Enlargement [Doc. # 21] is GRANTED. The defendant may have to and including **September 24, 2010**, within which to serve the expert report of Dr. Jeffrey Sabin, M.D.;

(2)  The Motion for IME [Doc. # 22] is GRANTED. The defendant shall appear for an independent medical examination pursuant to Fed. R. Civ. P. 35 as follows:

| | | |
|---|---|---|
| Time: | September 17, 2010, at 2:00 p.m. | |
| Place: | Precision Orthopedics<br>255 Union Blvd., Ste. 360<br>Lakewood, Colorado | |
| Manner: | A physical examination | |
| Conditions: | The plaintiff shall submit to a physical examination and answer all oral questions as may be necessary to complete of the physical examination. The plaintiff will not be required to fill out or sign any forms in connection with the IME | |
| Scope: | The physical examination shall encompass all symptoms and complaints arising from or associated with the automobile accident involving the plaintiff on February 6, 2008 | |
| Person to Perform: | Dr. Jeffrey Sabin, M.D.; | |

(3)     The defendant's request that the plaintiff be required to pay the cancellation fee associated with the IME appointment on August 12, 2010, is DENIED; and

(4)     The defendant's request for an award of costs and attorney fees incurred in filing the Motion for IME is DENIED.

Dated August 31, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge