IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 10-cv-00111-REB- BNB | Date: October 15, 2010 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| KRISTI BEEBE, | Scott R. Larson |
|---|---|
| Plaintiff(s), | |
| v. | |
| SHELTER MUTUAL INSURANCE COMPANY, | Steven Dawes |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 9:00 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendant's motion for order to respond to subpoena and to show cause for failure to produce documents pursuant to subpoena [ Doc. #25; filed 8/27/10] is denied as stated on the record.

**ORDERED:** Defendant's second motion for enlargement of time to provide expert report [ Doc. #38; filed 9/28/10] is granted as stated on the record. The deadline for the defendant to disclose the expert report of Dr. Jeffrey Sabin, M.D., is extended to and including September 28, 2010. The plaintiff may have to and including October 28, 2010, to disclose an expert in rebuttal to Dr. Sabin.

**ORDERED:** Plaintiff's motion to amend complaint [ Doc. # 41; filed 10/6/10] is taken under advisement.

**ORDERED: Plaintiff's motion to amend the scheduling order [ Doc. #42; 10/6/10] is granted as stated on the record. The deadline for plaintiff to seek leave to amend is extended to and including October 6, 2010.**

Court in Recess:       9:40 a.m.       Hearing concluded.    Total time in Court: 00:40

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.