IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00111-REB-BNB

KRISTI BEEBE, an individual

Plaintiff,

v.

SHELTER MUTUAL INSURANCE COMPANY, a foreign insurance company

Defendants.
_____

# ORDER
_____

This matter arises on the following:

(1)     **Defendant's Motion for Order to Respond to Subpoena and to Show Cause for Failure to Produce Documents Pursuant to Subpoena** [Doc. # 25, filed 8/27/2010] (the "Motion to Compel");

(2)     **Defendant's Second Motion for Enlargement of Time to Provide Expert Report** [Doc. # 38, filed 9/28/2010] (the "Motion for Extension"); and

(3)     Plaintiff's **Motion to Amend Scheduling Order** [Doc. # 42, filed 10/6/2010].

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record,

IT IS ORDERED that:

(1)     The Motion to Compel is DENIED;

(2)     The Motion for Extension is GRANTED. The deadline for the defendant to disclose the expert report of Dr. Jeffrey Sabin, M.D., is extended to and including September 28,

2010. The plaintiff may have to and including October 28, 2010, to disclose an expert in rebuttal to Dr. Sabin; and

      (3)      The Motion to Amend Scheduling Order is GRANTED. The deadline for the plaintiff to seek leave to amend is extended to and including October 6, 2010.

Dated October 15, 2010.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge