IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00111-REB-BNB

KRISTI BEEBE, an individual

Plaintiff,

v.

SHELTER MUTUAL INSURANCE COMPANY, a foreign insurance company

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed on the record this morning,

IT IS ORDERED:

(1) The proposed final pretrial order is REFUSED. The parties shall prepare a revised proposed final pretrial order, modified as discussed today, and shall submit it to the court on or before **December 10, 2010**;

(2) A supplemental final pretrial conference will occur on **December 14, 2010, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(3) A settlement conference will be held on **January 4, 2011, at 2:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be

confidential.  *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)  Each party shall submit a confidential settlement statement to the magistrate judge on or before **December 28, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated December 2, 2010.

BY THE COURT:

 s/ Boyd N. Boland  
United States Magistrate Judge