**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00111-REB-BNB

KRISTI BEEBE,

     Plaintiff

v.

SHELTER MUTUAL INSURANCE COMPANY,

     Defendant.
_____

**ORDER RE:  MOTION FOR ORDER TO ALLOW COMPUTER EQUIPMENT WITH A CAMERA IN THE COURTROOM FOR PURPOSES OF TRIAL EXHIBIT DISPLAY**
_____

**Blackburn, J.**

     The matter before me is plaintiff's **Motion For Order To Allow Computer Equipment With a Camera in The Courtroom For Purposes of Trial Exhibit Display** [#72] filed January 20, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That plaintiff's **Motion For Order To Allow Computer Equipment With a Camera in The Courtroom For Purposes of Trial Exhibit Display** [#72] filed January 20, 2011, is **GRANTED**; and

     2.  That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Michael Cline, technology assistant to plaintiff's counsel, Scott R. Larson, is

**PERMITTED** to bring his laptop computer, which may have a camera device within it, to the courthouse and courtroom for technical training, set for Monday, January 24, 2011, at 2:00 p.m., and for the duration of the jury trial, Monday, January 31, 2011, through, Monday, February 7, 2001, in this matter.

Dated January 21, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge