## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  10-cv-00111-REB-BNB

KRISTI BEEBE, an individual,

      Plaintiff,

v.

SHELTER INSURANCE COMPANIES, a foreign insurance company,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Stipulation For Dismissal With Prejudice** [#82] filed February 18, 2011.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      Trial by jury commenced January 31, 2011. At the commencement of the third day of trial on February 2, 2011, the parties reached a settlement, which was placed on the record and approved by the court. Accordingly, the trial was vacated, and the jury was discharged. Because the civil action was settled during the trial, jury costs may be assessed under D.C.COLO.LCivR 54.2 ("Likewise, when any civil action is settled during jury trial before verdict, jury costs may be assessed against any of the parties and/or counsel."). Good cause exists for the assessment of jury costs, which totaled $2,110..

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#82] filed February 18, 2011, is **APPROVED**;

2.  That jury costs of $2,110 are **ASSESSED**, which costs **SHALL BE PAID** equally by the parties; and

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and other costs.

Dated February 22, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge