**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  10-cv-00111-REB-BNB

KRISTI BEEBE, an individual,

    Plaintiff,

v.

SHELTER INSURANCE COMPANIES, a foreign insurance company,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me *sua sponte* to address payment of jury costs by the defendant.  Trial by jury commenced January 31, 2011.  On the third day of trial, the parties advised the court that they had settled the case.  Accordingly, the trial was vacated, and the nine member jury was discharged. A **Stipulation For Dismissal With Prejudice** [#82] was filed February 18, 2011, and the court entered its **Order of Dismissal** [#83] on February 22, 2011.

    The **Order of Dismissal** required, *inter alia*, that the parties pay equally the jury costs of $2,110.  No deadline for payment was specified.  On March 16, 2011, counsel for the plaintiff, Scott R. Larson, deposited in the court's registry a check in the amount of $1,055, representing the plaintiff's share of jury costs.  However, to date the defendant, Shelter Mutual Insurance Company, has not paid its share of the jury costs.

    **THEREFORE, IT IS ORDERED** that on or before **May 31, 2011**, the defendant, Shelter Mutual Insurance Company, shall pay into the registry of the court the sum of

$1,055, in full payment of the defendant's share of the jury costs in this case.

Dated May 13, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge